UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:25-cr-00052-RLY-MJD |
| DANIEL JOHNSON, | ) |
| Defendant. | ) |

## NOTICE OF NON-REDACTION OF TRANSCRIPT

Comes now the United States of America, by counsel, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Kyle M. Sawa, Assistant United States Attorney, and pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, hereby notifies the Court that it has reviewed the transcript of the Change of Plea Hearing held on July 10, 2025 (Docket No. 46).

The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: /s/ Kyle M. Sawa
Kyle M. Sawa
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the appropriate parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Kyle M. Sawa
Kyle M. Sawa
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 226-6333
Email: Choose Crim AUSA Email Address