UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:25-cr-00052-RLY-MJD |
| DANIEL JOHNSON, | ) ) | -01 |
| Defendant. | ) ) | |

Courtroom Minutes for December 10, 2025

Before the Hon. Richard L. Young, Judge

Comes now the government by AUSA Adam Eakman, the defendant appears in person and by FCD Leslie Wine, the USPO is represented by Danieka Thompkins, for the sentencing of the defendant.

The parties advise the court that there are no objections regarding the presentence report.

The court now sentences the defendant.

The defendant is released on conditions previously imposed.

Copies: All counsel of record